PHILLIP A. TALBERT
Acting United States Attorney
KATHERINE T. LYDON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED

OCT 20 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JORGE ONTIVEROS-CEBREROS,

Defendant.

CASE NO. 2:16-CR-201 JAM

VIOLATION: 8 U.S.C. §§ 1326(a) and (b)(2) – Deported Alien Found in the United States

INDICTMENT

The Grand Jury charges: T H A T

JORGE ONTIVEROS-CEBREROS,

defendant herein, an alien, on or about June 17, 2009, was excluded, deported and removed from the United States after being convicted of one or more crimes punishable by a term of imprisonment exceeding one year, specifically:

    Possession of Cocaine for Sale in violation of California Health & Safety Code Section 11351;

and, thereafter, on or about September 29, 2016, the defendant was found in the State and Eastern District of California, after voluntarily and knowingly reentering the United States, with neither the Attorney General of the United States nor the Secretary of the Department of Homeland Security having

INDICTMENT      1

1  expressly consented to a reapplication by the defendant for admission into the United States, in violation
2  of Title 8, United States Code, Sections 1326(a) and (b)(2).

                                             A TRUE BILL.

                                             **/s/ Signature on file w/AUSA**
                                             FOREPERSON

PHILLIP A. TALBERT
Acting United States Attorney

INDICTMENT                                   2

No. _____

2:16-CR-201.JAM

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA
vs.
JORGE ONTIVEROS-CEBREROS

## INDICTMENT

**VIOLATION(S):** 8 U.S.C. §§ 1326(a) and (b)(2) - Deported Alien Found in the United States

*A true bill,*

**/s/ Signature on file w/AUSA**

---
*Foreman.*

*Filed in open court this* \_\_\_\_\_ 20 \_\_\_\_\_ *day*

*of* \_\_OCTOBER\_\_, A.D. 2016

---
*Clerk.*

*Bail, $* **NO PROCESS NECESSARY**

GPO 863 525

## United States
### v.
## JORGE ONTIVEROS-CEBREROS

### Penalties for Indictment

VIOLATION:           8 U.S.C. §§ 1326(a) and (b)(2) – Deported Alien Found in the United States

PENALTIES:          Not more than twenty (20) years in prison,
Not more than $250,000 fine, or both;
Not more than three (3) year term supervised release

SPECIAL ASSESSMENT:   $100 (felony)