PHILLIP A. TALBERT
United States Attorney
KATHERINE T. LYDON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: 916-554-2722
Facsimile: 916-554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-201 JAM |
| Plaintiff, | GOVERNMENT'S SENTENCING MEMORANDUM |
| v. | DATE: December 6, 2016 |
| JORGE ONTIVEROS-CEBREROS, | TIME: 9:15 a.m. |
| Defendant. | COURT: Hon. John A. Mendez |

The United States of America, by and through its undersigned counsel, moves for a 4-level downward departure pursuant to the Department of Justice's Fast-Track Immigration Program and § 5K3.1 of the United States Sentencing Guidelines, and recommends that the Court vary downward from the resulting 6-12 month advisory guidelines range (*see* PSR ¶ 63) to sentence defendant Jorge Ontiveros-Cebreros to a term of time served.

Although Mr. Ontiveros-Cebreros has one serious criminal conviction (*see* PSR ¶ 23), his positive history and characteristics as depicted by his family, friends, and members of the community and lack of criminal history since 2007 put his case outside the heartland of 1326 cases. As of the date of sentencing, he will have been in federal custody for close to three months such that an approximately 3-month downward variance from the 6-month low end of the adjusted advisory guidelines range would result in a sentence of time served. In this unusual instance, a sentence of time served is sufficient, but

1

GOVERNMENT SENTENCING MEMO
U.S. V. ONTIVEROS-CEBREROS; 2:16-CR-201 JAM

not greater than necessary, to achieve the purposes of sentencing set forth in 18 U.S.C. § 3553(a).

Dated: November 29, 2016

PHILLIP A. TALBERT
United States Attorney

/s/ *Katherine T. Lydon*
KATHERINE T. LYDON
Assistant United States Attorney