UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**

DEC 6 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK



UNITED STATES OF AMERICA, )
) Case No. 2:16cr201 JAM
Plaintiff, )
v. )
Jorge Ontiveros-Cebreros ) ORDER FOR RELEASE OF
) PERSON IN CUSTODY
)
Defendant. )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release, Jorge Ontiveros Cebreros from custody subject to the conditions as stated on the record and for the following reasons:

\_\_ Release on Personal Recognizance

\_\_ Bail Posted in the Sum of: $

  \_\_ Unsecured Appearance Bond

  \_\_ Secured Appearance Bond

  \_\_ (Other) Conditions as stated on the record.

  _X_ (Other) Defendant sentenced this date to time served.

Issued at _Sacramento, CA_ on December 6, 2016 at 10:30 a.m.

By /S/
John A. Mendez
United States District Court Judge